FILED
9/4/26 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RICHARD L. GILES, JR. | : | Bankruptcy Case No. 26-20466-JCM |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| ANTHONY INNAMORATO, | : | Adversary Proceeding No. 26-02075-JCM |
| individually and derivatively on behalf of | : | |
| 108 Park Road LLC | : | |
| Plaintiff | : | Related to Document No. 12 |
| | : | |
| v. | : | |
| | : | |
| RICHARD L. GILES, JR. | : | |
| Defendant | : | |

## DEFAULT JUDGMENT

The defendant, Richard L. Giles, Jr., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $215,847.45, plus costs and continuing interest; that defendant has been defaulted for failure to appear pursuant to Rule 55 of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff, Anthony Innamorato, individually and derivatively on behalf of 108 Park Road, LLC, (i) recover of the defendant Richard L. Giles, Jr., the sum of $215,847.45 plus costs and continuing interest according to the law from the date of this judgment until the entire amount is paid; (ii) pursuant to the applicable provisions of the Bankruptcy Code, including but not limited to 11 U.S.C. § 727 and 523, the judgement is hereby declared to be non-dischargeable.

This judgment is entered by the Clerk for the United States Bankruptcy Court for the Western District of Pennsylvania at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Michael R. Rhodes, Clerk of Court

Date: September 4, 2026

By: ______________________________
Chief Deputy Clerk